USA vs. Mozon Latson
Case Number: 71-cr-530



September 25, 2025

To Whom It May Concern:

I am seeking an expungement of my record because I would like to clear my name to apply for work. I am a disabled veteran who was once self-employed; I ran my own roofing business until 2018, when I began having health issues that prevented me from performing that kind of work, so I am seeking employment doing something less dangerous.

I served my country in the Viet Nam war, leaving with an honorable discharge.

I acknowledge that there are a couple of offenses on my record since the time I served, but since then, I have cleaned up my life, raised my daughter successfully, and have a grandson who I am very proud of; I also want him to be proud of me.

If granted an expungement, more ways will open up for me to be able to help my family by working any job that I can do at this point in my life. Thank you for your understanding and kind consideration.

Sincerely,

*Mozon Latson*

Mozon Latson

RECEIVED
SEP 25 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

